COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       RICHARD ALAN HAASE and Richard Alan Haase v. Countrywide
                           Home Loans, Inc., Deutsche Bank National Trust Company, Bank of
                           America, NA, Barrett, Daffin, Turner & Englel, LLP, Deutsche Bank,
                           AG, Morgan Stanley ABS Capital I, Inc., and Certificate Holders of
                           Morgan Stanley ABS Capital I, Inc. Trust 2006-HE6, Mortgage Pass-
                           Through Certificates, Series 2006-HE6

Appellate case number:     01-20-00854-CV

Trial court case number:   07-DCV-161177

Trial court:               400th District Court of Fort Bend County

On March 24, 2021, appellants filed a motion for extension of time in which to make payment arrangements for the record. Appellants' motion for extension of time is **granted.** Accordingly, it is ORDERED that

(1)   **No later than April 30, 2021**, appellants provide written proof **from the trial court clerk** that they have paid, or made arrangements to pay, for the clerk's record(s), or the Court may dismiss the appeal. *See* TEX. R. APP. P. 34.5, 37.3(b), 42.3(f).[1]

(2)   **No later than April 30, 2021**, appellants file with this Court proof that they have requested and paid, or made arrangements to pay, for preparation of the reporter's record, or the Court may consider and decide only those issues or points that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 34.6(b)(1), 35.3(b)(2), (b)(3), (c), 37.3(c).

It is so ORDERED.

---

[1]   The Clerk of this Court previously directed the trial court clerk to file a clerk's record regarding indigency, containing pleadings and orders related to appellants' motion. Any further supplemental record does not need to include the items already included in the clerk's record and supplemental clerk's record filed in this appeal on February 25, 2021.

Judge's signature: <u>/s/ Veronica Rivas-Molloy</u>
Acting Individually

Date: <u>April 1, 2021</u>